# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr1265-MMA-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE STATUS REPORT** |
| ENRIQUE INFANTE JR. (1), | [Doc. No. 64] |
| Defendant. | |

On December 22, 2021, Federal Defenders filed a "Status Report Pursuant to General Order No. 692-B." Doc. No. 64. According to the status report, Defendant contacted Federal Defenders seeking assistance with filing a motion for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A)(i). *Id.* Federal Defenders informs the Court that "Mr. Infante may qualify for a sentence reduction under § 3582(c)(l)(A) and would benefit from assistance of counsel," but that Defendant's appointed attorney, *see* Doc. Nos. 3, 6, at Federal Defenders is "unable to take on the motion for compassionate release[] at this time." *Id.*

The Court declines Federal Defenders' invitation to "appoint a different attorney from the CJA Panel" or set a briefing schedule on a motion not yet filed. If Federal Defenders is unable to assist Defendant in filing his motion, Defendant may do so pro se. At that point, the Court will appoint Federal Defenders to review the application and set a briefing schedule pursuant to General Order 692-B. The Court notes that General Order

692-B provides for the appointment of "Federal Defenders of San Diego, Inc."—not a defendant's previously appointed counsel. It is of no consequence that one particular attorney at Federal Defenders is unable to undertake review.

**IT IS SO ORDERED**.

Dated: January 10, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge